IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   13-05006-01-CR-SW-BCW |
| | ) | |
| JOHN R. LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count Two and admitted to Forfeiture Allegation contained in the Indictment filed on February 28, 2013, is now Accepted and the Defendant is Adjudged Guilty of such offense.  Sentencing will be set by subsequent Order of the Court.

                                          */s/ Brian C. Wimes*
                                          **BRIAN C. WIMES**
                                          **UNITED STATES DISTRICT JUDGE**

Date:   February 4, 2014